```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 02756
   MICHAEL J LOTTI
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

            Debtor
   SSN XXX-XX-5984

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 02/16/2007 and was confirmed 07/12/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was converted to chapter 7 after confirmation 03/26/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------------
ACUTE CARE SPECIALIST      UNSECURED       NOT FILED          .00           .00
MERCHANTS CREDIT GUIDE C   NOTICE ONLY     NOT FILED          .00           .00
ARMY/AIR FORCE EXCHANGE    UNSECURED       NOT FILED          .00           .00
ECAST SETTLEMENT CORP      UNSECURED         5988.79          .00        502.29
ECAST SETTLEMENT CORP      UNSECURED         1104.19          .00         92.61
CITI CARDS                 UNSECURED       NOT FILED          .00           .00
CITY OF CHICAGO PARKING    UNSECURED          570.00          .00         47.82
COMCAST                    UNSECURED       NOT FILED          .00           .00
CREDIT PROTECTION ASSOCI   NOTICE ONLY     NOT FILED          .00           .00
COMMONWEALTH EDISON        UNSECURED       NOT FILED          .00           .00
CREDIT FIRST NA            UNSECURED          247.13          .00         15.81
GE CONSUMER FINANCE        UNSECURED          197.00          .00         16.52
GE CONSUMER FINANCE        UNSECURED         2318.97          .00        194.49
RESURGENT CAPITAL SERVIC   UNSECURED          830.03          .00         69.61
ECAST SETTLEMENT CORP      UNSECURED          738.89          .00         61.97
KAY JEWELERS               SECURED            120.84          .00        120.84
KEYBANK NATIONAL ASSOCIA   UNSECURED          644.55          .00         54.05
MARATHON PETROLEUM         UNSECURED          344.52          .00         15.83
MICRO CENTER               UNSECURED       NOT FILED          .00           .00
PEOPLES GAS LIGHT & COKE   UNSECURED          361.80          .00         16.62
AAFES                      UNSECURED         1351.28          .00        113.33
SWEDISH COVENANT HOSPITA   UNSECURED       NOT FILED          .00           .00
ROUNDUP FUNDING LLC        UNSECURED          426.52          .00         35.78
CAPITAL ONE                UNSECURED          595.70          .00         49.96
RESURGENT CAPITAL SERVIC   UNSECURED         1589.33          .00        133.29
ECAST SETTLEMENT CORP      UNSECURED          825.39          .00         69.22
RUTH M PEREZ FKA RUTH LO   NOTICE ONLY     NOT FILED          .00           .00
ILLINOIS DEPT OF REV       PRIORITY           154.00          .00        154.00
CHICAGO DEPT OF REVENUE    UNSECURED       NOT FILED          .00           .00
US FAST CASH               UNSECURED       NOT FILED          .00           .00
CHECK N GO                 UNSECURED       NOT FILED          .00           .00
STUART B HANDELMAN         DEBTOR ATTY      1,250.00                    1,250.00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 02756 MICHAEL J LOTTI
```

```
TOM VAUGHN                 TRUSTEE                                        214.06
DEBTOR REFUND              REFUND                                         838.90

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                  4,067.00

PRIORITY                                          154.00
SECURED                                           120.84
UNSECURED                                       1,489.20
ADMINISTRATIVE                                  1,250.00
TRUSTEE COMPENSATION                              214.06
DEBTOR REFUND                                     838.90
                        ---------------    ---------------
TOTALS                   4,067.00               4,067.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 06/23/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE